**Order entered January 23, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00851-CR

### DESMOND RENARD FISHER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F19-00024-Y

## ORDER

Before the Court is appellant's second motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief filed on or before February 21, 2020.

/s/    CORY L. CARLYLE
        JUSTICE